**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, v. | ) | |
| | ) | Civil Action No. 1:69CV063 |
| NETTLETON LINE CONSOLIDATED<br>SCHOOL DISTRICT, *et al.*, | ) | JUDGE MICHAEL P. MILLS |
| Defendants. | ) | |

**<u>JOINT MOTION FOR DECLARATION OF UNITARY STATUS AND DISMISSAL</u>**

Plaintiff United States of America (the "United States") and Defendants Nettleton Line Consolidated School District, Nettleton Superintendent Ken Byars, and Nettleton School Board Members Willie Brandon, Ty Humble, James Malone, Merle McAnally, and Gary Scott (collectively, the "District") (together, the "Parties"), by and through undersigned counsel, respectfully file this Joint Motion for Declaration of Unitary Status and Dismissal and, for the reasons stated in the accompanying Memorandum in Support, move for an order declaring the District has achieved full unitary status and dismissing the above-captioned case.

Respectfully submitted,
October 7, 2024

FOR PLAINTIFF UNITED STATES OF AMERICA:

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

/s/ Christine Bischoff
SHAHEENA A. SIMONS, Chief
JONATHAN D. NEWTON, Deputy Chief
CHRISTINE BISCHOFF, Trial Attorney (NC #41792)
Educational Opportunities Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 10.216
Washington, DC 20530
Telephone: (202) 598-7149
Fax: (202) 514-8337
christine.bischoff@usdoj.gov

FOR DEFENDANTS NETTLETON LINE CONSOLIDATED SCHOOL DISTRICT, NETTLETON SUPERINTENDENT, and NETTLETON SCHOOL BOARD:

/s/ Gary Carnathan
GARY CARNATHAN
Carnathan Law Office
P.O. Box 70
Tupelo, MS 38802
Telephone: (662) 842-3321
carnathanlaw@redmagnet.com