**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, v. | Civil Action No. 1:69CV063 |
| NETTLETON LINE CONSOLIDATED SCHOOL DISTRICT, *et al.*,<br>Defendants. | JUDGE MICHAEL P. MILLS |

**ORDER ON JOINT MOTION FOR DECLARATION OF UNITARY STATUS AND DISMISSAL**

Upon consideration of the Joint Motion for Declaration of Unitary Status and Dismissal filed by Plaintiff United States of America and Defendants Nettleton Line Consolidated School District, Nettleton Superintendent Ken Byars, and Nettleton School Board Members Willie Brandon, Ty Humble, James Malone, Merle McAnally, and Gary Scott (collectively, the "District"), and the full record of this case, it is the opinion of this Court that the Joint Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant District be declared fully unitary and the above-captioned case be **DISMISSED**.

This the 15th of October, 2024.

MICHAEL P. MILLS
U.S. DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI